Ashley R. Morris, Esq., SBN 225455
Devon S. Mills, Esq., SBN 325471
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendants,
AMF BOWLING CENTERS INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SMITHWICK, | CASE NO: CV 21-1159-JFW |
|        Plaintiff, | |
| | Judge:  Hon. John F. Walter |
| v. | |
| AMF BOWLING CENTERS, INC; BOWLERO CORPORATION; and DOES 1 to 50, Inclusive, | **REPORT OF SETTLEMENT BY DEFENDANT AMF BOWLING CENTERS INC.** |
|        Defendants. | |

       Pursuant to Local Rule 16-15-7, counsel for Defendant AMF BOWLING CENTERS INC. is pleased to report the parties have settled the entire matter.

       On October 12, 2021, the parties attended private mediation with the Hon. Jeff Castner. Counsel for both parties were in attendance and were able to reach an amicable settlement agreement.

- 1 -

1    The parties are currently engaged in preparing and executing a settlement

2

3    agreement and release, which the parties expect to be completed in the next 30

4    days.

5    Defendant requests the Court vacate all hearings and proceedings.

6

7    WILSON, ELSER, MOSKOWITZ,

8    EDELMAN & DICKER LLP

9    Dated: October 21, 2021    /s/ Devon S. Mills

10    ASHLEY R. MORRIS

11    DEVON S. MILLS

     Attorney for Defendant

12    AMF Bowling Centers Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

## CERTIFICATE OF SERVICE

2

***Smithwick v. AMF*** - **Case No.: Case No:  2:21-cv-01159 JFW (Ex)**

3

### Our File No. 11033.00230

4

5

6

7

8

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **October 21, 2021**, I served the foregoing document described as **REPORT OF SETTLEMENT BY DEFENDANT AMF BOWLING CENTERS INC.** by placing true copy(ies) thereof enclosed in sealed envelopes or e-mailed as follows:

9

10

11

12

13

14

| | |
|---|---|
| Marc Lazarus, Esq. <br> Jorge F. Ramirez, Esq. <br> Russell & Lazarus <br> 1401 Dove St., #310 <br> Newport Beach, CA 92660 <br> marc@lawrussell.com <br> jorge@lawrussell.com <br> Sean@lawrussell.com | (949) 851-0222; Fax:  (949) 851-2422 <br><br> Attorneys for Plaintiff, Jerry Smithwick |

15

16

17

| | |
|---|---|
| **XX** | **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above. |

18

19

Executed on **October 21, 2021,** at Los Angeles, California.

20

21

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22

/s/ *Susan Marriott*

23

Susan Marriott

24

25

26

27

28

- 3 -